In the Matter of the Accounting of the CENTRAL TRUST
COMPANY OF ROCHESTER, NEW YORK, as Adminis-
trator and Executor of the Estate of ANNA S. FRENCH,
Deceased.

JACK B. HEADLEY, Appellant; EARL F. CASE et al.,
Respondents.

(Argued June 10, 1935; decided July 11, 1935.)

*Robert T. Headley* for appellant. No competent evidence was introduced by the executor to substantiate the alleged loan. (*Leask* v. *Hoagland,* 205 N. Y. 171; *Phillips* v. *McCombs,* 53 N. Y. 494; *Lowery* v. *Erskine,* 113 N. Y. 52; *Griffin* v. *Train,* 90 App. Div. 16; *Marrow* v. *Moskowitz,* 225 N. Y. 219; *Gorton* v. *Lane,* 208 App. Div. 833; *Hutson* v. *Title Guarantee & Trust Co.,* 118 Misc. Rep. 795; *Sumner* v. *Sumner,* 128 Misc. Rep. 404; 221 App. Div. 760; *Matter of Wendell,* 121 Misc. Rep. 569; *Flannery* v. *Van Tassel,* 127 N. Y. 631; *Truax* v. *Slater,* 86 N. Y. 630; *Slevin* v. *Wallace,* 64 Hun, 288; 144 N. Y. 635; *Linden* v. *Thieriot,* 96 App. Div. 256; *Gans* v. *Wormser,* 83 App. Div. 505; *Stickney* v. *Billings,* 30 Hun, 304; *Trimmer* v. *Trimmer,* 13 Hun, 182.) The court erred in allowing interest on said alleged loan and offset. (*Matter of Socolow* v. *Murphy,* 219 App. Div. 184.)

*Paul Folger* for respondents. The testimony introduced substantiates the findings of the Surrogate and the Appellate Division. (*Matter of James,* 148 Misc. Rep. 124.)

*Per Curiam.* No error appears in this record, except the inclusion of interest. The evidence sustains an advancement or ademption but not the theory of a loan.

Therefore, interest should not have been included. (*Cole
v. Andrews*, 83 App. Div. 285; affd., 176 N. Y. 374.)

The order of the Appellate Division and the decree of
the Surrogate's Court should be modified in accordance
with this memorandum and as so modified affirmed, with-
out costs.

CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN
and FINCH, JJ., concur; CROUCH, J., not sitting.

Ordered accordingly.